**Order entered December 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01133-CV

### DALLAS AREA RAPID TRANSIT, Appellant

### V.

### DAVID MORRIS, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-07709**

## ORDER

On the Court's own motion, this case is **REMOVED** from submission on January 8, 2014. The case will be reset for submission in due course.

/s/    ELIZABETH LANG-MIERS
JUSTICE